## PRESS DAVIS *v.* COMMONWEALTH.

[Abstract Kentucky Law Reporter, Vol. 6—450.]

**Homicide.**

> Where the whole law of homicide is clearly and correctly given by the trial court to the jury, the defendant can not successfully urge the reversal of the cause for the reason that the jury have assessed the punishment at death when under the evidence it might have been justified in returning a verdict for manslaughter.

### APPEAL FROM OHIO CIRCUIT COURT.

September 6, 1884.

OPINION BY JUDGE HINES:

A reversal of the death sentence in this case is urged upon the ground that the evidence would have justified the jury in returning a verdict for manslaughter, and that the court did not prop-

erly instruct the jury. As to the first the jury were the sole judges of the facts, and as to the second there is no error in either giving or refusing instructions. The whole law of homicide was given clearly and comprehensively.

Judgment *affirmed.*

*E. Dudley Walker, for appellant.*

*P. W. Hardin, for appellee.*